**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cari Fais |
| v. | : | Mag. No. 25-9083 |
| ECKER MONTERO HERNANDEZ | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of the United States (Assistant U.S. Attorney Andrew Kogan, appearing), and defendant Ecker Montero Hernandez (Thomas Ambrosio, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through September 30, 2026.

2. This Court granted nine § 3161(h)(7)(A) continuances previously in this case.

3. Counsel for the parties represented that this additional continuance is necessary to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this additional continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a. Following negotiations, the parties signed a plea agreement.

b. Both the United States and the defendant desire additional time to schedule a plea hearing and for the defendant to enter a plea of guilty pursuant to the parties' agreement, which will render grand jury proceedings and a trial in this matter unnecessary.

c. Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued to and through September 30, 2026; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

______________________________
Hon. Cari Fais
United States Magistrate Judge

Dated: August _____, 2026

Form and entry consented to:

Andrew Kogan
Assistant U.S. Attorneys

*s/Thomas Ambrosio*
Thomas Ambrosio, Esq.
Counsel for Defendant

*/s/ Benjamin Levin*
Benjamin Levin
Chief, Cybercrime Unit